# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-40488
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 16, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jesus Rodriguez-Garza,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:24-CR-1879-1

---

Before Smith, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Jesus Rodriguez-Garza appeals the 42-month sentence imposed following his guilty plea conviction for conspiring to transport aliens within the United States. Rodriguez-Garza now challenges the district court's decision to apply a two-level enhancement pursuant to U.S.S.G. § 2L1.1(b)(5)(C) based on his coconspirator's possession of a dangerous

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

weapon. Specifically, he contends that there was insufficient evidence to support the enhancement and that his coconspirator's possession of the dangerous weapon did not constitute relevant conduct.

Under § 2L1.1(b)(5)(C), a defendant's base offense level should be increased by two levels "[i]f a dangerous weapon (including a firearm) was possessed." U.S.S.G. § 2L1.1(b)(5)(C). The record supports that there was sufficient evidence that Rodriguez-Garza's coconspirator possessed a firearm and that it constituted relevant conduct for purposes of U.S.S.G. § 1B1.3(a)(1)(B). Therefore, the district court did not clearly err when it enhanced Rodriguez-Garza's offense level pursuant to § 2L1.1(b)(5)(C). *See United States v. Trujillo*, 502 F.3d 353, 356 (5th Cir. 2007).

AFFIRMED.